LINK: 15

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-02264 GAF (RZx) | Date | August 27, 2009 |
|---|---|---|---|
| Title | Lead Data International, Inc. v. United States Customs Service et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**           (In Chambers)

### ORDER TO SHOW CAUSE

On August 10, 2009, this Court ordered the parties in this case to submit briefing on the issue of subject matter jurisdiction by August 24, 2009, and also ordered Plaintiff to serve the Court's Order on Defendants.  (See 8/10/2009 Order (Docket No. 15) at 1–2.)  As of the date of this Order, the parties have not yet submitted any briefing regarding jurisdiction.  Moreover, Defendants have yet to formally appear in the lawsuit.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why it failed to submit briefing as ordered by the Court, and why this action should not be dismissed for lack of subject matter jurisdiction.  In addition, Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution, given that Defendants failed to file a responsive pleading even though they were served well over two months ago.

Plaintiff's response is due no later than *12:00 p.m.* on *Thursday, September 3, 2009*. Plaintiff's failure to file a response by the specified date *shall be treated as Plaintiff's consent to the immediate dismissal of this lawsuit*.

Plaintiff is **ORDERED** to serve Defendants with this Order and the Court's August 10, 2009 Order forthwith.

**IT IS SO ORDERED.**